AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| United States of America<br>v.<br>Daniel Bibonge Amsini<br>DOB: ▮▮▮▮<br><br>*Defendant(s)* | Case: 1:23-mj-00132<br>Assigned To : Harvey, G. Michael<br>Assign. Date : 6/20/2023<br>Description: Complaint W/ Arrest Warrant |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __January 6, 2021__ in the county of _____ in the _____ in the District of __Columbia__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 1752(a)(1) | Entering and Remaining in a Restricted Building or Grounds, |
| 18 U.S.C. § 1752(a)(2) | Disorderly or Disruptive Conduct in a Restricted Building or Grounds, |
| 40 U.S.C. § 5104(e)(2)(B) | Violent Entry and Disorderly Conduct on Capitol Grounds, |
| 40 U.S.C. § 5104(e)(2)(D) | Disorderly or Disruptive Conduct in a Capitol Building, |
| 40 U.S.C. § 5104(e)(2)(G) | Parading, Demonstrating, or Picketing in a Capitol Building, |
| 18 U.S.C. § 641 | Theft of Government Property. |

This criminal complaint is based on these facts:

See attached statement of facts.

☒ Continued on the attached sheet.

_____
*Complainant's signature*

▮▮▮▮, Special Agent
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone.

Date: 06/20/2023

_____
*Judge's signature*

City and state: Washington, D.C.     G. Michael Harvey, U.S. Magistrate Judge
*Printed name and title*