UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| United States of America ) | |
| ) | |
| v. ) | USDC No. 23-mj-132 (GMH) |
| ) | |
| Daniel Bibonge Amsini, *defendant* ) | |

NOTICE OF APPEARANCE
(Defendant)

THE CLERK WILL PLEASE NOTE the appearance of Nathan I. Silver, II, appointed by this Court under the Criminal Justice Act as attorney of record for the defendant this 26rh day of June, 2023.

This pleading is,

Respectfully submitted,

/s/

NATHAN I. SILVER, II
Unified Bar #944314
6300 Orchid Drive
Bethesda, MD 20817
(301) 229-0189 (direct)
(301) 229-3625 (fax)
email: nisquire@aol.com

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing pleading has been served via ECF on this 26th day of June, 2023 upon: Joseph Hong Huynh, Esq., DOJ-USAO, 405 E. 8th Avenue, Suite 2400, Eugene, OR 97401.

/s/
_____
*Nathan I. Silver, II*