UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| United States of America   ) | |
| )  | |
| v.   ) | USDC No. 23-mj-132 (GMH) |
| Daniel Amsini, *defendant*.   ) | |

MOTION TO WITHDRAW

Undersigned counsel Nathan I. Silver, II, Esq. ("counsel"), appointed by this Court under the Criminal Justice Act, respectfully moves the Court to permit him to withdraw from further representation of the defendant. Counsel notes the entry on July 28, 2023, of the appearance by John A. Pierce, Esq.

In the circumstances, counsel moves the Court to permit him to withdraw from further representation of the defendant.

A proposed Order is attached.

WHEREFORE, the defendant moves the Court to grant said relief.

Respectfully submitted,

/s/

NATHAN I. SILVER, II
Unified Bar #944314
6300 Orchid Drive
Bethesda, MD 20817
(301) 229-0189 (direct)
(301) 229-3625 (fax)
 email: nisquire@aol.com

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing pleading has been served via ECF on Josephy H. Huynh,, Esq., U.S. Dept. of Justice - USAO, and John M. Pierce, Esq., this 10th day of August, 2023.

/s/
_____
*Nathan I. Silver, II*