**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | Case no. 23-mj-132 |
| v. | |
| **DANIEL BIBONGE AMSINI,** | |
|                         **Defendant.** | |

**ORDER**

This matter having come before the Court pursuant to A Joint Motion To Continue And To Exclude Time Under The Speedy Trial Act (Dkt. No. 13), and upon consideration of the entire record, it is hereby:

ORDERED that the Motion is GRANTED; it is further

ORDERED that the status hearing scheduled for August 22, 2023, is continued to November 23, 2023, at 12:30 PM before United States Magistrate Judge Moxila A. Upadhyaya; and it is further

ORDERED that the period of time between August 22, 2023, and November 23, 2023, shall be excluded from computing time under the Speedy Trial Act, including the time within which an information or indictment must be filed, because the ends of justice served by such a continuance outweigh the interests of the public and the defendant in a speedy trial. *See* 18 U.S.C. § 3161(h)(1) & (h)(7). The Court finds that the parties are working in good faith towards a potential resolution, and that delay is necessary for the parties to review discovery and work towards an agreement for pretrial disposition of the case.

**SO ORDERED.**

| | |
|---|---|
| Washington, D.C. | HONORABLE MOXILA A. UPADHYAYA |
| August 15, 2023 | United States Magistrate Judge |